# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148841

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 148841
                                     COA: 319352

WALTER JEROME DEMARAY,
            Defendant-Appellant.

                                     Emmet CC: 12-003758-FH

_____/

On order of the Court, the application for leave to appeal the January 16, 2014 order of the Court of Appeals is considered. We DIRECT the Emmet County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's arguments that his double jeopardy protections were violated and that the trial court erred in ordering the defendant to pay $50.00 to the "Victims Restitution Fund."

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



                                      Clerk

h0917